1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10     PHILLIP CARY PAPPAS,

11              Plaintiff,                         No. CIV S-10-1518 JAM GGH P

12        vs.

13     J. OBEGI, et al.,

14              Defendants.                ORDER

15     _____/

16              Plaintiff, a state prisoner proceeding pro se, has requested that this action be

17     dismissed.  Defendants originally removed this case from state court but have not filed an

18     answer.  Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

19              Accordingly, the Clerk of Court shall close this case.

20     DATED: December 7, 2010

21

22                                              /s/ Gregory G. Hollows

23                                       GREGORY G. HOLLOWS
                                         UNITED STATES MAGISTRATE JUDGE

24     GGH:mp
       papp1518.59ggh

25

26